

COM.

v.

ATKINSON, P.

**1138 WDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–25–CR–0002704–2012 (Erie)

Affirmed

J.D.

v.

D.G.M.

**1150 WDA 2016**

Superior Court of Pennsylvania.

05/24/2017

NS200900847/PASCES 543100845 (Erie)

Affirmed/Vacated/Remanded

BURTON, F.

v.

INNOVATIVE DTV SOLUTIONS INC.

**1462 WDA 2016**

Superior Court of Pennsylvania.

05/24/2017

2017–2013–CD (Clearfield)

Affirmed

C.F. & B.F.

v.

L.C., E.G.

**1713 WDA 2016**

Superior Court of Pennsylvania.

05/24/2017

12752 CD 2015 (Indiana)

Quashed

COM.

v.

COLON, W.

**147 EDA 2016**

Superior Court of Pennsylvania.

05/25/2017

CP–51–CR–0008721–2013 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

